IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ann M. Decorrevont,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:19cv137

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 6, 2020 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 21, 2020., hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for voluntary remand (Doc. 6) is DENIED.

The Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings pursuant to 42 U.S.C. §405(g).

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court