IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ann M. Decorrevont,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:19cv137

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 22, 2020 a Report and Recommendation (Doc. 21). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 22) and plaintiff filed a reply to the objections (Doc. 23).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court ORDERS that plaintiff's motion for attorney fees be GRANTED.

Plaintiff is AWARDED attorney fees and costs in the amount of $4,096.00 under 42 U.S.C. §2412.

    IT IS SO ORDERED.

*Susan J. Dlott* (signature)
Judge Susan J. Dlott
United States District Court